

# IN THE
# TENTH COURT OF APPEALS

─────────────

## No. 10-22-00257-CV

**KNIGHT OIL TOOLS, INC.,**

                                     **Appellant**

 **v.**

**RIPPY OIL COMPANY, RIPPY INTEREST LLC,
THE GENECOV GROUP, INC.,
AND JOHN D. PROCTOR,**

                                   **Appellees**

─────────────

**From the 278th District Court
Leon County, Texas
Trial Court No. O-10-498**

─────────────────────────────

## MEMORANDUM OPINION

─────────────────────────────

Appellees' Motion to Dismiss Appeal as Moot was filed on July 31, 2023. After the Court's request for a response by appellant to the motion, appellant agreed that the appealed controversy is now moot.

Accordingly, the Motion to Dismiss Appeal as Moot is granted, and the appeal is dismissed.

                                TOM GRAY
                                Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed August 23, 2023
[CV06]

